# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Karla M. Castro                                CHAPTER 13

<u>Debtor(s)</u>                                BKY. NO. 20-10650 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

> Respectfully submitted,
> **/s/ Rebecca A. Solarz Esquire**
> Rebecca A Solarz, Esquire
> Kevin G. McDonald, Esquire
> KML Law Group, P.C.
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106-1532
> (215) 627-1322