# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                    :
                                                      :   Chapter 13
       KARLA M. CASTRO,              :
                                                      :   Bankruptcy No. 20-10650 (AMC)
                     Debtor.         :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 32) filed by the City of Philadelphia on August 4, 2020.

                                     Respectfully submitted,

                                     THE CITY OF PHILADELPHIA

Dated: August 17, 2020        By:   */s/ Joshua Domer*
                                             JOSHUA DOMER
                                             Assistant City Solicitor
                                             PA Attorney I.D. 319190
                                             Attorney for the City of Philadelphia
                                                  and/or
                                             Water Revenue Bureau
                                             City of Philadelphia Law Department
                                           Municipal Services Building
                                           1401 JFK Boulevard, 5th Floor
                                           Philadelphia, PA 19102-1595
                                           215-686-0519 (phone)
                                           Email: Joshua.Domer@phila.gov