IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
         Karla M. Castro                        :
                                                :    No. 20-10650 - AMC
                  Debtor.                       :
-------------------------------------------------------x
```

**<u>PRAECIPE TO WITHDRAW PROOF OF CLAIM</u>**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 14-1 filed by the City of Philadelphia on June 10, 2020 in the amount of $123.97.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: August 17, 2020         By:     */s/Pamela Elchert Thurmond*
                                             PAMELA ELCHERT THURMOND
                                             Deputy City Solicitor
                                             PA Attorney I.D. 202054
                                             City of Philadelphia Law Department
                                             1401 JFK Boulevard, 5th Floor
                                             Philadelphia, PA 19102
                                             215-686-0508 (phone)
                                             215-686-0588 (facsimile)
                                             Email: Pamela.Thurmond@phila.gov