# UNITED STATE BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Carla M. Castro,<br><br>　　　　Debtor | Case No. 20-10650-amc<br><br>Chapter 13<br><br>Judge: Ashely M. Chan |

## PRAECIPE TO WITHDRAW MOTION FOR
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Karla M. Castro, debtor herein, by and through her attorneys, **McDowell Law, PC** respectfully requests:

That the Court withdraw Docket No. 39 Application for Compensation and Reimbursement of Expenses filed by Robert N. Braverman, Esq. on October 15, 2020.

　　　　　　　　　　　　　　　　　　　　McDOWELL LAW, PC
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor


　　　　　　　　　　　　　　　　　　　　By: */s/ Robert N. Braverman*
DATED: 10/15/2020　　　　　　　　　　　ROBERT N. BRAVERMAN, ESQ.