UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Karla M. Castro,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10650-amc<br><br>Judge: Ashely M. Chan |

## CERTIFICATION OF SERVICE

**AND NOW**, comes Robert Neil Braverman, Esquire, attorney for the Debtor, and certifies that on October 15, 2020 he has served the attached Notice of Application for Compensation and Reimbursement of Expenses on the following parties below:

Via: CM/ECF, email to: [ecfemails@ph13trustee.com, philaecf@gmail.com] and U.S. First Class Mail:

    Chapter 13 Trustee:
    William C. Miller, Esquire
    P.O. Box 1229
    Philadelphia, PA 19105

Via U.S. First Class Mail:

    Karla M. Castro
    729 Roosevelt Blvd.
    Philadelphia, PA 19152

    U.S. Trustee
    Office of the U.S. Trustee
    200 Chestnut St. #502
    Philadelphia, PA 19106

    City of Philadelphia Law Dept.
    Municipal Services Bldg.
    1401 John F Kennedy Blvd., 5th Floor
    Philadelphia, PA 19102-1617

    ECMC
    PO Box 16408
    St. Paul, MN 55116-0408

    PA Dept. of Revenue Bankruptcy Division
    PO Box 280946
    Harrisburg, PA 17128-0946

| |
|---|
| **U.S. Attorney Office**<br>**c/o Virginia Powel, Esq.**<br>**615 Chestnut St., Room 1250**<br>**Philadelphia, PA 19106-4404** |
| **Philadelphia**<br>**900 Market St., Suite 400**<br>**Philadelphia, PA 19107-4233** |
| **AES**<br>**Attn: Bankruptcy**<br>**PO Box 2461**<br>**Harrisburg, PA 17105-2461** |
| **Barclays Bank Delaware**<br>**Attn: Correspondence**<br>**PO Box 8801**<br>**Wilmington, DE 19899-8801** |
| **Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Capital One Bank, NA / American InfoSource**<br>**4515 N Santa Fe Ave.**<br>**Oklahoma City, OK 73118-7901** |
| **JP Morgan Chase Bank**<br>**Bankruptcy Mail Intake Team**<br>**700 Kansas Lane, FL 01**<br>**Monroe, LA 71203-4774** |
| **Citi/Sears**<br>**Citibank/Centralized Bankruptcy**<br>**PO Box 790034**<br>**St Louis, MO 63179-0034** |
| **Citibank, N.A.**<br>**5800 S Corporate Place**<br>**Sioux Falls, SD 57108-502** |
| **Citibank/Best Buy**<br>**Attn: Bankruptcy**<br>**PO Box 790441**<br>**St. Louis, MO 63179-0441** |
| **Citibank/Sears**<br>**Attn: Bankruptcy**<br>**PO Box 6275**<br>**Sioux Falls, SD 57117-6275** |
| **City of Philadelphia**<br>**Office of Property Assessments**<br>**601 Walnut St #300W**<br>**Philadelphia, PA 19106-3352** |
| **Comenity/MPRC**<br>**Attn: Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** |
| **Department Stores National Bank**<br>**c/o Quantum3 Group LLC**<br>**PO Box 657**<br>**Kirkland, WA 98083-0657** |

| |
|---|
| **DSNB Macy's**<br>**Citibank**<br>**1000 Technology Dr.,. MS 777**<br>**O'Fallon, MO 63368-2222** |
| **FedLoan Servicing**<br>**Attn: Bankruptcy**<br>**PO Box 69184**<br>**Harrisburg, PA 17106-9184** |
| **Holy Family**<br>**Grant & Frankford**<br>**Torresdale, PA 19114** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **JPMorgan Chase Bank, N.A. | Chase Bank USA**<br>**c/o Robertson, Anschutz & Schneid, P.L.**<br>**6409 Congress Ave. #100**<br>**Boca Raton, FL 33487-2853** |
| **Jefferson Capital Systems**<br>**PO Box 7999**<br>**St. Cloud, MN 56302-7999** |
| **Lerida Morales**<br>**7729 Roosevelt Blvd**<br>**Philadelphia, PA 19152-3926** |
| **Pennsylvania Housing Finance Agency**<br>**c/o Rebecca A. Solarz, Esquire**<br>**KML Law Group**<br>**701 Market St. #5000**<br>**Philadelphia, PA. 19106-1541** |
| **PHEAA**<br>**PO Box 8147**<br>**Harrisburg, PA 17105-8147** |
| **Pennsylvania Housing Finance Agency**<br>**211 North Front St.**<br>**Harrisburg, PA 17101-1406** |
| **SN Servicing |U.S. Bank Trust, Trustee**<br>**323 5th St.**<br>**Eureka, CA 95501-0305** |
| **State of NJ**<br>**Division of Taxation Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** |
| **Synchrony Bank**<br>**c/o PRA Receivables Management, LLC**<br>**PO Box 41021**<br>**Norfolk VA 23541-1021** |
| **Synchrony Bank**<br>**Attn:  Bankruptcy Dept**<br>**PO Box 965060**<br>**Orlando, FL 32896-5060** |
| **Temple University**<br>**Credit and Collections**<br>**216 Carnell Hall (040-00)**<br>**1803 N. Broad St.**<br>**Philadelphia, PA 19122-6095** |

**Trumark Financial Credit Union**
**Attn: Bankruptcy**
**335 Commerce Dr.**
**Fort Washington, PA 19034-2712**
**Philadelphia Water Revenue Bureau**
**Pamela Eichert Thurmond**
**Tax 7 Revenue Unit**
**1401 JFK Blvd., 5th Floor**
**Philadelphia, PA 19102-1595**
**Wells Fargo Bank NA**
**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a**
**Des Moines, IA 50328-0001**
**Wells Fargo Bank, N.A.**
**Wells Fargo Card Services**
**PO Box 10438, MAC F8235-02F**
**Des Moines, IA  50306-0438**

Respectfully submitted,

Dated: October 15, 2020

*/s/ Robert Neil Braverman*
Robert Neil Braverman, Esq.