**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**Karla M. Castro**<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10650-amc<br><br>Judge: Ashely M. Chan |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Application of McDowell Law, PC, Counsel for the Debtor, Karla M. Castro, for Allowance and Disbursement of Compensation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of McDowell Law, PC, counsel for the Debtor, Karla M. Castro, and for allowance and disbursement of compensation and reimbursement of expenses (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$3,350** for actual and necessary services rendered by it on behalf of the Debtor for the period January 30, 2020 through October 13, 2020.

3. The Debtor paid $1,000 prior to filing the bankruptcy and the balance of $2,350 shall be paid through the Chapter 13 Plan.

BY THE COURT:

_____
Ashely M. Chan, U.S.B.J.

**Date: November 12, 2020**