United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10650-amc |
| Karla M Castro | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karla M Castro, 7729 Roosevelt Blvd, Philadelphia, PA 19152-3926 |
| 14461216 | + | City of Philadelphia Office of, Property Assessments, 601 Walnut St, #300w, Philadelphia, PA 19106-3352 |
| 14461222 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14461223 | | Holy Familyc, Grant & Frankford, Torresdale, PA 19114 |
| 14461225 | | Lerida Morales, 7729 Roosevelt Blvd, Philadelphia, PA 19152-3926 |
| 14477415 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14528964 | | SN Servicing as servicer for, U.S. Bank Trust National Association, as Trustee of the FW Series I Trust (SNS, 323 5th Street, Eureka, CA 95501-0305 |
| 14461230 | | Temple University, Credit and Collections, 216 Carnell Hall (040-00), 1803 N. Broad Street, Philadelphia, PA 19122-6095 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14461207 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2025 01:15:00 | AES/Bank Of New YorkU, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14461208 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2025 01:15:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14461209 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2025 01:15:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 14461210 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2025 01:15:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14510117 | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14461211 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 03:39:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14481113 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 03:17:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14461212 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 03:17:17 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14461213 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:17:24 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-10650-amc   Doc 58   Filed 02/26/25   Entered 02/27/25 00:41:52   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14492989 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:16:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14461214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:39:08 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14461215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 04:01:54 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 14525872 | + | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia and/or Water Revenue Bureau, Municipal Service Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, Pa 19102-1617 |
| 14461217 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2025 01:15:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14461218 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2025 01:15:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14461219 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 03:28:16 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14492900 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2025 01:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14522459 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2025 01:15:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14461220 | | Email/Text: bankruptcycourts@equifax.com | Feb 25 2025 01:15:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 14461221 | ^ | MEBN | Feb 25 2025 00:46:48 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14461224 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2025 01:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14492979 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2025 01:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14481081 | + | Email/Text: RASEBN@raslg.com | Feb 25 2025 01:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14461226 | | Email/Text: blegal@phfa.org | Feb 25 2025 01:15:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14478439 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2025 01:15:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14491318 | + | Email/Text: blegal@phfa.org | Feb 25 2025 01:15:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14461227 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 25 2025 01:15:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 14492548 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 03:17:17 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794266 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 03:39:24 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston, TX 77210-4457 |
| 14461228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:28:34 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14461229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 25 2025 03:28:20 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14525745 | + | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal |

Case 20-10650-amc    Doc 58    Filed 02/26/25    Entered 02/27/25 00:41:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14461231 | ^ | MEBN | Feb 25 2025 00:46:49 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 14461232 | + | Email/Text: dbogucki@trumark.org    Feb 25 2025 01:15:00 | | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14461233 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com    Feb 25 2025 03:28:17 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14490947 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com    Feb 25 2025 05:42:09 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14522460 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14522461 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Karla M Castro rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| | |
|---|---|
| | mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| THOMAS EGNER | on behalf of Debtor Karla M Castro tegner@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 57 − 55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Karla M Castro ) Case No. 20−10650−amc
 )
 )
Debtor(s). ) Chapter: 13
 )
 )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                    Eastern District of Pennsylvania
                    900 Market Street
                    Suite 400
                    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025                                                                        For The Court

                                                                                                                    Timothy B. McGrath
                                                                                                                    Clerk of Court